UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DREW MURRAY,                                                :
                                                            :
                          Plaintiff,                        :
                                                            :        23-CV-2478 (VSB)
            -against-                                       :
                                                            :               **ORDER**
THOMAS PATEGAS,                                             :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

   Plaintiff filed this action on March 23, 2023, (Doc. 1), and Defendant filed his answer and counterclaims against Plaintiff on April 14, 2023, (Doc. 5).  To date, Plaintiff has not responded to Defendant's counterclaims.  Accordingly, it is hereby

   ORDERED that Plaintiff respond to Defendant's counterclaims by no later than May 19, 2023.

   SO ORDERED.

Dated:   May 11, 2023
         New York, New York

                                               _____
                                               VERNON S. BRODERICK
                                               United States District Judge