UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
DREW MURRAY   :
            :
            :
                    Plaintiff,   :
            :                          23-CV-2478 (VSB)
        -against-   :
            :                              **ORDER**
            :
THOMAS PATEGAS,   :
            :
            :
                    Defendants.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 31, 2023, Plaintiff filed a motion for preliminary injunction and temporary restraining order against Defendant. (Doc. 13.) Accordingly, it is hereby

ORDERED that Defendant file a response to Plaintiff's motion by June 7, 2023, specifically concerning Plaintiff's allegations regarding NuSources LLC's risk of insolvency and bankruptcy.

IT IS FURTHER ORDERED that the parties appear for a telephonic conference on June 12, 2023 at 3:30 P.M., using the dial in 888-363-4749 and access code 2682448.

SO ORDERED.

Dated: June 1, 2023
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge