```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
DREW MURRAY,                                  :
                                              :
                              Plaintiff,      :
                                              :                23-CV-2478 (VSB)
              -against-                       :
                                              :                     ORDER
THOMAS PATEGAS,                               :
                                              :
                              Defendant.      :
                                              :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

On June 12, 2023, I held an Order to Show Cause hearing regarding Plaintiff's non-emergency motion for a Temporary Restraining Order and Preliminary Injunction ("TRO/PI"). against Defendant (*See* Doc. 13.)  In accordance with my remarks made during the hearing, it is hereby

ORDERED that Plaintiff's motion for TRO/PI is DENIED.

IT IS FURTHER ORDERED that Defendant shall not make distributions exceeding $7,500 every two weeks (for a monthly total of $15,000) without making an application to this Court.

The Clerk of Court is respectfully directed to close the open motion at docket entry 13.

SO ORDERED.

Dated:  June 21, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge